HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SHAWNLEY RAY DODSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00145 LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL** |
| vs. | |
| SHAWNLEY RAY DODSON, | Date:  December 6, 2016 |
| | Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the trial currently scheduled for September 27, 2016**, **may be Continued to December 6, 2016 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.

The parties have been actively engaged in plea negotiations and believe an agreement may be reached that will eliminate the need for trial.  Counsel for the government hopes to be on paternity leave during the currently scheduled trial date, while defense counsel has another trial scheduled for the week following this matter. The requested continuance will allow additional time to attempt to finalize the negotiations. It will also allow government counsel to participate in his planned paternity leave, and it will allow defense counsel to prepare for trial more effectively in the event there is no negotiated settlement.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

PHILLIP A. TALBERT
Acting United States Attorney

DATED: August 10, 2016          By     */s/ Grant B. Rabenn*
                                       GRANT B. RABENN
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 10, 2016          By     */s/ Eric V. Kersten*
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       SHAWNLEY RAY DODSON

**ORDER**

The Trial scheduled for September 27, 2016 is continued to December 6, 2016, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 11, 2016**              /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

Dodson: Stipulation to Continue Trial            -2-